**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1737**

JOHN M. DICKSON, JR.,

        Plaintiff - Appellant,

    v.

POLICE OFFICER JOHN DOE; CHARLES JORDAN, City of Hampton
Police Chief,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.   Rebecca Beach Smith,
Chief District Judge.  (4:12-cv-00070-RBS-DEM)

Submitted:  October 11, 2012     Decided:  October 15, 2012

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John M. Dickson, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John M. Dickson, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B)(ii) (2006) for failure to state a claim upon which relief can be granted.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  Dickson v. Doe, No. 4:12-cv-00070-RBS-DEM (E.D. Va. May 15, 2012).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED